No. A–968.  PUERTO RICAN LEGAL DEFENSE AND EDUCATION FUND, INC., ET AL. *v.* CITY OF NEW YORK ET AL.  Application

for injunction, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.